UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00285-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL RYAN BOYD,

    Defendant.

## ORDER AND NOTICE OF HEARING

**THIS MATTER** comes before the Court on Defendant's Motion to Delay Order to Surrender Because of Medical Emergency **(#36)** filed on February 2, 2006,

**IT IS HEREBY ORDERED** that a hearing on the Motion will be held on **February 3, 2006 at 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 2nd day of February, 2006.

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge